DANIEL G. BOGDEN
United States Attorney
CARLA B. HIGGINBOTHAM (NSBN 8495)
Assistant United States Attorney
100 W. Liberty Street, Ste. 600
Reno, NV 89501
Telephone: (775) 784-5438
Facsimile: (775) 784-5181
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * * * *

| UNITED STATES OF AMERICA, | Case No. 3:14-cr-00013-MMD-VPC |
| Plaintiff, | ORDER ON |
| vs. | MOTION UNDER LR IA 10.3 FOR DEPARTMENT OF JUSTICE TRIAL ATTORNEY TO APPEAR IN THIS COURT ON BEHALF OF THE UNITED STATES |
| KYLE ARCHIE and LINDA ARCHIE, | |
| Defendants. | |

The United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and CARLA B. HIGGINBOTHAM, Assistant United States Attorney, respectfully moves for United States Department of Justice, Tax Division, Trial Attorney KATHLEEN M. BARRY to be permitted to appear in this Court in the above captioned case under LR IA 10.3. Ms. Barry is an active member in good standing with the following state bars:

| State Bar | Date of Admission | Active/Inactive | Bar Number |
|---|---|---|---|
| Maryland | 12/27/2011 | Active | MD doesn't have bar #s |
| District of Columbia | 10/15/2012 | Active | 1010232 |
| New Jersey | 12/19/1994 | Active | 016391994 |

Ms. Barry is also a voluntary inactive member of the following state bars:

| State Bar | Date of Admission | Active/Inactive | Bar Number |
|---|---|---|---|
| North Carolina | 04/08/2005 | Inactive (voluntary) | 33560 |
| Florida | 10/09/1998 | Inactive (voluntary) | 0151602 |
| Pennsylvania | 01/04/1995 | Inactive (voluntary) | 74341 |

1

In addition, she is employed by the United States as an attorney, and in the course and scope of her employment has occasion to appear in this Court on behalf of the United States.

DATED: This 21st day of May, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Carla B. Higginbotham
CARLA B. HIGGINBOTHAM
Assistant United States Attorney

IT IS SO ORDERED: _____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED THIS 26th day of May 2015

2